IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GUENTHER MARTENS, ET AL.,

    Plaintiffs,                                06cv0737

v.                                  **Electronically Filed**

ARIANA & NATHANIEL CONTRACTING, INC.,

    Defendant.

**ORDER OF COURT ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION (DOC. NO. 181) CONCERNING MOTIONS FOR SUMMARY JUDGMENT (DOC. NOS. 131, 134, 138, 142, 145) AND DENYING OBJECTIONS THERETO (DOC. NOS. 183, 184, 186)**

Upon consideration of the Report and Recommendation of the Special Master to the Court Concerning Motions for Summary Judgment (dated February 27, 2008) (doc. no. 181) and Objections thereto (doc. nos. 183, 184, 186), the Report and Recommendation of the Special Master to the Court Concerning Motions for Summary Judgement (doc. no. 181) is adopted as the Order of this Court. This Order terminates doc. nos. 131, 134, 138, 142, and 145, as well as doc. nos. 183, 184, and 186.

                                                        **SO ORDERED** this 19th day of March, 2008.

                                                        s/ Arthur J. Schwab
                                                        Arthur J. Schwab
                                                        United States District Judge

cc:    All counsel of record